# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

## Voluntary Petition

| NAME OF DEBTOR | JOINT DEBTOR |
|---|---|
| **Jarod Allen Madsen** | **Dawn Marie Madsen** |

| ALL OTHER NAMES USED BY THE DEBTOR IN THE LAST 6 YEARS (including married, maiden & trade) | ALL OTHER NAMES USED BY THE JOINT DEBTOR IN THE LAST 6 YEARS (including married, maiden & trade) |
|---|---|
| | **Dawn Kaszubski** |

Chapter 13 W/Plan

| SOC. SECURITY #/TAX I.D. NO (if more than one, state all)  IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION & COMMIT PERJURY!!! (Last 4 digits of Social) | SOC. SECURITY #/TAX I.D. NO (if more than one, state all) IF FALSE OR FRAUDULENT DO NOT SIGN THIS PETITION & COMMIT PERJURY!!! (Last 4 digits of Social) |
|---|---|
| ***-**-8767 | ***-**-6845 |

| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
|---|---|
| **3524 Halsted Blvd** **Steger IL 60475** | **3524 Halsted Blvd** **Steger IL 60475** |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|
| **Will** | **Will** |

| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
|---|---|
| | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (IF DIFFERENT FROM STREET ADDRESS ABOVE)

*NOT APPLICABLE*

## Information Regarding the Debtor (Check the Applicable Boxes)

VENUE (Check any applicable box)

[x] Debtor has been domiciled or has had a residence, principal place of business or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District

TYPE OF DEBTOR (Check all boxes that apply)
[x] Individual(s)          [ ] Railroad
[ ] Corporation          [ ] Stockbroker
[ ] Partnership          [ ] Commodity Broker
[ ] Other_____

CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)
[ ] Chapter 7      [ ] Chapter 11      [X ] Chapter 13
[ ] Chapter 9      [ ] Chapter 12      [ ]
[ ] Sec 304 0-- Case ancillary to foreign proceeding

NATURE OF DEBTS (Check one box)
[x] Consumer/Non-Business    [ ] Business

CHAPTER 11 SMALL BUSINESS (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. S101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. Sec.1121(e) (Optional)

FILING FEE (Check one box)
[x] Full Filing Fee attached
[ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court consideration certifying that the debtor is unable to pay fee except in installments.
Rule 1006(b)/ See Official Form No. 3

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/04/2005
Time: 15:47:04
Debtor: JAROD ALLEN MADSEN
Case: 05-00199      Fee : 194
Chapter: 13 Rec. # : 3110092
Judge: Bruce Black
341 mtg: 02/09/2005 @ 10:30AM
ConfHrg: 02/18/2005 @ 11:00AM
Trustee: GLENN STEARNS
```

STATISTICAL/ADMINISTRATIVE INFORMATION (Estimates Only)
[X] Debtor estimates that funds will be available for distribution to unsecured creditors
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, creditors.

| ESTIMATED NO. OF CREDITORS | [x] | 13 |
|---|---|---|
| ESTIMATED ASSETS | [x] $ | 264,310 |
| ESTIMATED DEBTS | [x] $ | 143,882 |

1:05BK00199-BK001

Voluntary Petition

(This page must be completed and filed in every case)

NAME OF DEBTOR(s)

**Jarod Allen Madsen**

**Dawn Marie Madsen**

| I STATE THAT I FILED THE FOLLOWING OTHER BANKRUPTCY CASES WITIIN LAST 6 YEARS (IF BLANK, THIS IS FIRST IN 6 YRS |
|---|

| LOCATION WHERE FILED: | CASE NO. | DATE FILED |
|---|---|---|

| PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR(S) |
|---|

| NAME OF DEBTOR: | CASE NUMBER: | DATE: |
|---|---|---|
| DISTRICT | RELATIONSHIP: | JUDGE: |

**Exhibit A** (To be completed only if debtor is required to file periodic reports (e.g.,forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) fo the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

_____Exhibit A is attached and made a part of this petition

**Exhibit C**   Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  NO   If yes and Exhibit C is attached and made a part of this petition _____XXXX No

Signature of Non-Attorney Petition Preparer   I certify that I am a bankruptcy petition preparer a defined in 11 U.S.C. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document Printed Name of Bankruptcy Petition Preparer _____ Social Sec# _____ Address _____
X_____ Signature of Bankruptcy Petition Preparer   A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment of both 11 U.S.C. 110; 18 U.S.C. 156.

# DEBTOR (S) READ ENTIRE PETITION  SIGN,  AND DATE BELOW & EVERY OTHER PAGE REQUIRED

I declare under penalty of perjury that the information provided in this petition is true and correct.   I am aware that I may proceed under Chapter 7, 11, 12 or 13 of Title 11, U.S. Code, understand the relief available under each such Chapter and choose to proceed. I request relief in accordance with the Chapter of Title 11, United States Code, specified in this petition.

Dated: 12/22/2004     Sign: X _Jarod Allen Madsen_
                              Jarod Allen Madsen

Dated: 12/22/2004     Sign: X _Dawn Marie Madsen_
                              Dawn Marie Madsen

Exhibit B  Signature of Attorney

Attorney Name: William K Murphy           Bar No: 6272766

Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400

Chicago IL 60603
312.332.1800
312.332.6354 Fax

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each Chapter.

Attorney Name: William K Murphy           Dated: 1/03/2004

INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under Chapter 7 of the Bankruptcy Code. This information is intended to make you aware of ...

(1) the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2) the effect of receiving a discharge of debts;
(3) the effect of reaffirming a debt; and
(4) your ability to file a petition under a different chapter of the bankruptcy code.

There are many other provisions of the Bankruptcy Code that may affect you situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specifc case, you sh consult with your lawyer.

WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained throught fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have discharged in your bankruptcy case. Reaffirmation agreements generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary -- they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at anytime before the court issues your discharge order OR within
sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to
make payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that
was given as security for the loan and you may remain personally liable for any remaining d

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasibile, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,0000 ($307,000 in unsecured debts and $922,000 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re  **Jarod Allen Madsen and Dawn Marie Madsen / Debtors**

Case No. :

Attorney for Debtor: William K Murphy

### STATEMENT Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b), Rules of Bankruptcy Procedure, states that:

1.  The compensation paid or promised by the Debtor(s), to the undersigned, is as follows:

    | | | |
    |---|---|---|
    | For legal services rendered, Debtor(s) agrees to pay | $ | 2,700 |
    | Prior to the filing of this Statement, Debtor(s) has paid | $ | 0 |
    | Balance Due | -$ | 2,700 |

2.  The Filing Fee has been paid.

3.  The Service rendered or to be rendered include the following:

    (a)  Analysis of the financial situation, and rendering advice and assistance to the client in determining whether to file a petition under Title 11, U.S.C.
    (b)  Preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c)  Representation of the client at the first meeting of creditors.
    (d)  Advice as required.

4.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and none other.

5.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed and none other.

6.  The undersigned has received no transfer, assignment or pledge of property from the debtor(s) except the following for the value stated:  None.

7.  The undersigned has not shared or agreed to share with any other entity, other than with members of the undersigned's law firm, any compensation paid or to be paid without the client's consent, except as follows:  None.

Dated:____1__/__03__/2004

Respectfully submitted,

Attorney Name: William K Murphy

Bar No: 6272766
Law Offices of Peter Francis Geraci
55 E. Monroe Street #3400

Chicago IL 60603
312.332.1800

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re

**Jarod Allen Madsen and Dawn Marie Madsen / Debtors**

**Attorney for Debtor: William K Murphy**

Case No. : _____

### SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or furture interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

| Description and Location of Property | Nature of Debtor's Interest in Property | H W J C | Market Value of Debtor's Interest | Amount of Secured Claim |
|---|---|---|---|---|
| 3524 Halsted Blvd Steger, IL 60475  (Debtor's Residence) | | | $ 120,000 | $ 108,500 |

TOTAL $          120,000

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In re

**Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

**Attorney for Debtor: William K Murphy**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labled "None." If additional space is needed in any category, attach a separate sheet properly identified wi case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".   If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtors |
|---|---|---|
| 01. Cash on Hand | | [X]  None |
| 02. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and load, thrift, building and load, and homestead associations or credit unions, brokerage houses, or cooperatives. | | [X]  None |
|     **First United Bank checking accnt** | J | |
| 03. Security Deposits with public utilities, telephone companies, landlords and others. | | [X]  None |
| 04. Household goods and furnishings, including audio, video, and computer equipment. | | |
|     **Household goods; TV, VCR, stereo, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware** | J | $  610 |
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | |
|     **Books, Compact Discs, Tapes/Records, Family Pictures** | J | $  80 |
| 06. Wearing Apparel | | |
|     **Necessary wearing apparel** | J | $  235 |
| 07. Furs and jewelry. | | |
|     **Earrings, watch, costume jewelry** | J | $  80 |
| 08. Firearms and sports, photographic, and other hobby equipment. | | [X]  None |
| 09. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | | [X]  None |
| 10. Annuities | | [X]  None |
| 11. Interest in IRA, ERISA, Keogh, or other pension or profit sharing plans. | | |
|     **H - 401(k) w/ Employer - 100% Exempt.** | J | $  250 |
| 12. Stocks and interests in incorporated and unincorporated businesses. | | [X]  None |
| 13. Interest in partnerships or joint ventures. | | [X]  None |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | | [X]  None |
| 15. Accounts receivable | | [X]  None |
| 16. Alimony, maintenance, support and property settlements to which the debtor is or may be entitled | | [X]  None |
| 17. Other liquidated debts owing debtor including tax refunds. | | [X]  None |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In re

**Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

**Attorney for Debtor: William K Murphy**

Case No. : _____

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories,  place an "x" in the appropriate position in the column labled "None." If additional space is needed in any category, attach a separate sheet properly identified wi case name, case number, and the number of the category.   If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column  labeled "HWJC".  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | H W J C | Market Value of Debtors |
|---|---|---|
| 18.  Equitable and future interests, life estates, and rights of power exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | | [X]   None |
| 19.  Contingent and Non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | [X]   None |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counter claims of the debtor, and rights to setoff claims.  Give estimated value of each. | | [X]   None |
| 21.  Patents, copyrights and other intellectual property. | | [X]   None |
| 22.  Licenses, franchises and other general intangibles. | | [X]   None |
| 23.  Autos, Truck, Trailers and other vehicles and accessories. | | |
|     **Hyundai - 2001 Chevrolet Monte Carlo SS w. more than 50k miles.** | | $  15,125 |
|     **2002 Chevrolet Trail Blazer w/ more than 33k miles.** | J | $  7,670 |
| 24.  Boats, motors and accessories. | | [X]   None |
| 25.  Aircraft and accessories. | | [X]   None |
| 26.  Office equipment, furnishings, and supplies. | | [X]   None |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | | [X]   None |
| 28.  Inventory | | [X]   None |
| 29.  Animals | | [X]   None |
| 30.  Crops-Growing or Harvested. | | [X]   None |
| 31.  Farming equipment and implements. | | [X]   None |
| 32.  Farm supplies, chemicals, and feed. | | [X]   None |
| 33.  Other personal property of any kind not already listed. | | [X]   None |

**TOTAL**  $         24,310

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN  DIVISION

In re

**Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

**Attorney for Debtor: William K Murphy**

Case No. : _____

## SCHEDULE C - PROPERTY CLAIMED EXEMPT

[] 11 U.S.C S522(b)(1): Exemptions provided in 11 U.S.C. S522(d). Note: These exemptions are available only in certain states.

[x] 11 U.S.C. S522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as tenant by the entirety or joint tenant to the extent interest is exempt from process under aplicable nonbankruptcy law.

| Description and Location of Property | Specify Law Providing Exemption and Value of Claimed Exemption | | Market Value of Debitor's Interest Before Claim |
|---|---|---|---|
| **00. Real Property** | | | |
| *3524 Halsted Blvd Steger, IL 60475  (Debtor's Residence)* | 735 ILCS 5/12-901 | $  15,000 | $ 120,000 |
| **04. Household goods and furnishings, including audio, video, and computer equipment.** | | | |
| *Household goods; TV, VCR, stereo, sofa, vacuum, table, chairs, lamps, entertainment center, bedroom sets, washer/dryer, stove, refrigerator, microwave, pots/pans, dishes/flatware* | 735 ILCS 5/12-1001(b) | $    810 | $    810 |
| 05. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | |
| *Books, Compact Discs, Tapes/Records, Family Pictures* | 735 ILCS 5/12-1001(a) | $     60 | $     60 |
| **06. Wearing Apparel** | | | |
| *Necessary wearing apparel* | 735 ILCS 5/12-1001(a),(e) | $    235 | $    235 |
| **07. Furs and jewelry.** | | | |
| *Earrings, watch, costume jewelry* | 735 ILCS 5/12-1001(b) | $     60 | $     60 |
| **11. Interest in IRA,ERISA, Keogh, or other pension or profit sharing plans.** | | | |
| *H - 401(k) w/ Employer - 100% Exempt.* | 735 ILCS 5/12-1006 | $    250 | $    250 |
| **23. Autos, Truck, Trailers and other vehicles and accessories.** | | | |
| *2002 Chevrolet Trail Blazer w/ more than 33k miles.* | 735 ILCS 5/12-1001(c) | $  2,400 | $  7,670 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re

__Jarod Allen  Madsen and Dawn Marie Madsen / Debtors__

**Attorney for Debtor: William K Murphy**                          Case No. : _____

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the ma community may be liable on each claim by placing "H", "W", "J", or "C" in the column labeled "HWJC".

| Creditor Name and Address | Account #<br>Nature of Lien<br>Dates Claim Was Incurred | C U D | H W J C | Unsecured Portion | Claim Amount |
|---|---|---|---|---|---|
| **1**   **GMAC Mortgage Corp**<br>Bankruptcy Department<br>3451 Hammond Ave.<br>Waterloo IA 50702-5345 | Account No.:   0519666903<br>Nature of Lien   Mortgage<br>Dates:   2000<br>Intention:   None<br>*Description:   3524 Halsted Blvd Steger, IL 60475  (Debtor's Residence) | | | $ 0 | $ 101,000 |

| Law Firm(s) | Collection Agent(s) Representing the Original Creditor |
|---|

Codilis & Associates, PC

15W030 N. Frontage Rd. #100
Burr Ridge IL 60527

| | | | | | |
|---|---|---|---|---|---|
| **2**   **GMAC Mortgage Corp**<br>Bankruptcy Department<br>3451 Hammond Ave.<br>Waterloo IA 50702-5345 | Account No.:   0519666903<br>Nature of Lien   Mortgage Arrears<br>Dates:   2004<br>Intention:   None<br>*Description:   3524 Halsted Blvd Steger, IL 60475  (Debtor's Residence) | | | $ 0 | $ 7,500 |
| **3**   **Hyundai Motor Finance**<br>Attn: Bankruptcy Department<br>PO Box 0542<br>Carol Stream IL 60132-0542 | Account No.:   00025197420001<br>Nature of Lien   Lien on Vehicle<br>Dates:   2001<br>Intention:   None<br>*Description:   Hyundai - 2001 Chevrolet Monte Carlo SS w. more than 50k miles. | | | $ 0 | $ 14,130 |

**TOTAL SECURED DEBT  $       122,630**

In Re: **Jarod Allen Madsen and Dawn Marie Madsen / Debtors**

Case No. : _____

## SCHEDULE E - CREDITORS HOLDING <u>UNSECURED</u> PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C", in the column labled "HWJC".

Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. S507(a) (7).

Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. S507(a) (8).

| Creditor Name and Address | Date Claim was Incurred Consideration for Claim | H C W O J N C TI N G E N T | U N LI Q UI D A T E D | DI S P U T E D | Claim Amount and Notes* |
|---|---|---|---|---|---|

---

### [x] None

| Description | BY WHOM |

In re: **Jarod Allen Madsen and Dawn Marie Madsen / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contigent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

| | Creditor Name and Address | Date Claim Was Incurred Account # | hwjc | Claim Amount Consideration for claim |
|---|---|---|---|---|
| 1 | **Bank One**<br>Account No. 4366113070434922<br><br>Bankruptcy Department<br>PO Box 15153<br>Wilmington DE 19886-5153 | 2001-03<br><br>Credit Card or Credit Use | | $  3,389 |
| 2 | **Bank One**<br>Account No.<br><br>Bankruptcy Department<br>PO Box 11606<br>Lexington KY 40576-1606 | 1997-03<br><br>Credit Card or Credit Use | W | $  2,607 |
| 3 | **Capital One**<br>Account No. 4121741670520621<br><br>Bankruptcy Department<br>PO Box 60000<br>Seattle WA 98190 | 2000-02<br><br>Credit Card or Credit Use | | $    442 |
| 4 | **Citibank**<br>Account No. 4621200680161236<br><br>Bankruptcy Department<br>PO Box 6077<br>Sioux Falls SD 57177 | 2000-03<br><br>Credit Card or Credit Use | | $  1,627 |
| 5 | **Household Finance**<br>Account No.<br><br>Bankruptcy Dept<br>PO Box 17574<br>Baltimore MD 21297 | 2000-03<br><br>Personal Loan | W | $  5,445 |
| 6 | **Midwest Neoped Associates LTD**<br>Account No.<br><br>Attn: Bankruptcy Dept.<br>PO Box 2686<br>Carol Stream IL 60132-2686 | 2003<br><br>Medical/Dental Services | | $     22 |

In re:  **Jarod Allen Madsen and Dawn Marie Madsen / Debtors**

Case No. : _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the martial community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "HWJC". If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claims is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

| Creditor Name and Address | Date Claim Was Incurred Account # | Claim Amount Consideration for claim hwjc |
|---|---|---|
| 7  **Providian**<br>Account No.  4559522200473940<br><br>Bankruptcy Department<br>PO Box 66022<br>Dallas TX 75266-0022 | 1998-03<br><br>Credit Card or Credit Use | $  1,627 |
| 8  **Sears**<br>Account No.  01-71395-880130<br><br>Bankruptcy Department<br>PO Box 20363<br>Kansas City MO 64195-0363 | 2001-03<br><br>Credit Card or Credit Use | $  4,039 |
| 9  **St. James Hospital**<br>Account No.<br><br>Bankruptcy Department<br>1423 Chicago Rd.<br>Chicago Hts. IL 60411 | 2001-04<br><br>Medical/Dental Services | $   719 |
| 10  **Wellgroup Health Partners**<br>Account No.<br><br>Bankruptcy Department<br>333 Dixie Highway<br>Chicago Heights IL 60411 | 1999-2004<br><br>Medical/Dental Services | $  1,335 |

TOTAL   $      21,252

In re:   **Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

Case No. : _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contracts, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing address all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of cred

| Name and Address of Other Parties to Instrument | Notes of contract or Lease and Debtor's Interest |
| --- | --- |

**[x] None**

In re:   **Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

Case No. : _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

Name and Address of Codebtor                                          Name and Address of Creditor

**[x] None**

In re: **Jarod Allen Madsen and Dawn Marie Madsen / Debtors**

Case No. : _____

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

Dependent(s)

**Debtor's Marital Status:**
**Married**

| EMPLOYMENT: | | | | SPOUSE | | |
|---|---|---|---|---|---|---|
| Occupation: | Yardman | | | Cust Svc Rep | | |
| Name of Employer: | CC Wagner Lumber | | | Morgan Marshall Ind. | | |
| Years Employed | 8 yrs | | | 8 mos | | |
| Employer Address: | 6401 S. Archer Rd. | | | 383 W. 16th St. | | |
| | Summit | IL | 60501 | Chicago Heights | IL | 60411 |

| | DEBTOR | SPOUSE |
|---|---|---|
| **INCOME:** | | |
| Current monthly gross wages, salary, and commissions | 3,295.50 | 2,667.77 |
| Estimated Monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | | |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security | 749.19 | 524.72 |
| b. Insurance | 0.00 | 5.63 |
| c. Union dues | 0.00 | 0.00 |
| d. Other:   Pension | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $749.19 | $530.36 |
| TOTAL NET MONTHLY TAKE HOME PAY | 2,546.31 | 2,137.41 |
| | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social Security or other government assistance | $ 0.00 | |
| | | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | | |
| | $ 0.00 | |
| | | $ 0.00 |
| **TOTAL MONTHLY INCOME** | $ 2,546.31 | $ 2,137.42 |
| **TOTAL COMBINED MONTHLY INCOME** | $ 4,683.73 | |

Describe any increase or decrease of more than 10% in any of the above categories
anticipated to occur within the year following the filing of this document:

In re: **Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

:  _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

[ ] Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | 1st Mortgage/Rent | 0.00 |
| Are real estate taxes included?          [x] Yes [ ] No | | |
| | 2nd  Mortgage | 0.00 |
| Is property insurance included?          [x] Yes [ ] No | | |
| | 3rd Mortgage | 0.00 |
| Utilities:     Electricity and heating fuel | $ | 260.00 |
| | | |
| Water and Sewer | $ | 55.00 |
| Telephone | $ | 75.00 |
| Other | $ | 0.00 |
| | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 50.00 |
| Food | $ | 400.00 |
| Clothing | $ | 45.00 |
| Laundry and Dry Cleaning | $ | 25.00 |
| Medical and Dental expenses , Rx Medicines | $ | 100.00 |
| Transportation (not including car payments) | $ | 175.00 |
| Recreation, clubs, and entertainment,  etc. | $ | 0.00 |
| Newspapers, Magazines | $ | 10.00 |
| Charitable contributions | $ | 100.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or Renter's | $ | 0.00 |
| Life | $ | 0.00 |
| Health | $ | 0.00 |
| Auto | $ | 124.00 |
| Other | | |
| Taxes (not deducted from wages or included in home mortgage payments.) | $ | 0.00 |
| Installment Payments: | | |
| Auto | $ | 0.00 |
| Other | | |
| Auto Repair | $ | 50.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | |
| Regular expenses from operation of business, profession, farm (attach detailed statement) | | |
| Other   Haircuts | $ | 45.00 |
| Personal Care, Non-Rx,Toiletries,Cleaning Supplies | $ | 65.00 |
| Postage/Banking | $ | 10.00 |
| Contacts | $ | 0.00 |
| Babysitting/Childcare | | |
| Tuition, Books | $ | 0.00 |
| Student  Loans | $ | 0.00 |
| | $ | 0.00 |
| | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$** | **1,589.00** |

| | | |
|---|---|---:|
| FOR CHAPTER 12 AND 13 DEBTORS ONLY | | |
| A. Total projected monthly income | $ | 4,683.73 |
| B. Total projected monthly expenses | $ | 1,589.00 |
| C. Excess income (A minus B) | $ | 3,094.73 |

In re: **Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

: _____

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, simi-annually, or annually to show monthly rate

D. Total amount to be paid into plan monthly                               $     2,805.00

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In re

**Jarod Allen Madsen and Dawn Marie Madsen / Debtors**

**Attorney for Debtor: William K Murphy**                    Case No. : _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached YES / NO | Pages | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| SCHEDULE A - Real Property | Yes | 1 | $ 120,000 | | |
| SCHEDULE B - Personal Property | Yes | 1+ | $ 24,310 | | |
| SCHEDULE C - Exempt | Yes | 1+ | | | |
| SCHEDULE D - Secured | Yes | 1+ | | $ 122,630 | |
| SCHEDULE E - UnSecured Priority | Yes | 1 | | | |
| SCHEDULE F - UnSecured NonPriority | Yes | 1+ | | $ 21,252 | |
| SCHEDULE G - Executory Contracts | Yes | 1+ | | | |
| SCHEDULE H - CoDebtors | Yes | 1+ | | | |
| SCHEDULE I - Income | Yes | 1+ | | | $ 4,684 |
| SCHEDULE J - Expenditures | Yes | 1+ | | | $ 1,589 |

$   144,310                    $   143,882

**TOTAL ASSETS**                    **TOTAL LIABILITIES**

In Re:    **Jarod Allen  Madsen and Dawn Marie Madsen / Debtors** _____

Case No. : _____

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL/JOINT DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, and that they are true and correct to the best of my knowledge, information and belief.  I have disclosed on the foregoing schedules all property or assets I may have an interest in, the correct value of it, and every debt I may be liable for.  I accept the risk that some debts won't be discharged.  I have been advised of the difference between Chapter 7 and Chapter 13, income & expense concepts, budgeting, and have made full disclosure.

Debtor's attorney has advised debtor that creditors can object to discharge of their debt on a variety of grounds includiung fraud, recent credit usage, divorce and support obligations and reckless conduct.

Debtor's attorney has advised debor that non-dischargeable debts such as taxes, student loans, fines by govenment units and liens on property of debtor are generally unaffected by bankruptcy.

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. SS 152 and 3571.

**Sign: X**    _Jarod allen madsen_

Dated: __12 / 29 / 200__    **Jarod Allen Madsen**

**Sign: X**    _Dawn Marie Madsen_

Dated: __12 / 29 /2004__    **Dawn Marie Madsen**

**SIGN AND DATE ABOVE**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:     **Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

Case No. : _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statment concerning all such activities as well as the individual's personal affairs.

DEFINITIONS
"In business." A debtor is "in business" for the purpose of this statement if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider."  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. 101

01. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS:  Identify all sources of income if there is more than one. State the gross amount of income debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the 2 years immediately preceding this case calendar year.
  Debtor
  2004..........: Approx. $46,472ytd
  2003..........: Approx. $48,000
  2002..........: Approx. $45,000
  Source........: Employment
 Spouse


  Spouse
  2004.......: Approx. $20,312ytd
  2003.......: Approx. $46,000
  2002.......: Approx. $47,000
  Source..........: Employment
02. INCOME OTHER THAN FROM EMPLOYMENT OF OPERATION OF BUSINESS:  State the amount of income received by the debtor OTHER than from employment, trade, profession, or operation of the debtor's business during the 2 years immediately preceding the commencement of this case. Include all payments received from any source. Indicate multiple sources of income.
  Debtor's Income Non-Wage
  2004.......: Approx. $500
  2003.......: Approx. $4,300
  2002.......: Approx. $
  From:  401(k) dispursement
Spouse                                                                                                          [x] None


03. PAYMENTS TO CREDITORS:   List all payments on loans, installments, purchases of goods or services,     [x] None
and other debts, aggregating more than $600.00 to any creditor, made within 90 days immediately preceding the
commencement of this case. INCLUDE MORTGAGE AND VEHICLE PAYMENTS MADE IN THE LAST 3
MONTHS.

03b PAYMENTS TO RELATIVES OR INSIDERS List all payments made within 1 year immediately preceding                    [x] None
the commencement of this case or for the benefit of creditors who are or were insiders.

04. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS:
List all lawsuits & administrative proceedings you were a party to within 1 year of today, whether as a plaintiff or
defendant or other party: include divorces, injury claims, employment claims and all others.
   Case Title...........: GMAC Mortgage v. Debtor
   Case No..............: 04ch-2144
   Court/Agency Location: Circuit Court of Cook Cnty
   Nature of Proceeding.: Foreclosure summons
   Suit Status..........: pending

04b. WAGES OR ACCOUNTS GARNISHED: List all property that has been attached, garnished or seized                    [x] None
under any legal or equitable process within 1 year:

05. REPOSSESSION, FORECLOSURES AND RETURNS:   List all property repossessed, sold at foreclosure                    [x] None
sale, deed in lieu of foreclosure, returned to the seller, within 1 year of filing this bankruptcy:

06. ASSIGNMENTS AND RECEIVERSHIPS:  List assignment of property for benefit of creditors within 120 days           [x] None
before filing this bankruptcy:

List any property in the hands of a custodian, receiver, or court-appointed official within 1 year of today.          [x] None

07. GIFTS: List all gifts or charitable contributions you made within 1 year before filing this bankruptcy case
except ordinary & usual gifts or family members less than $200.00 total per individual family member, & charity
contributions less than $100.00 per recipient.
   Recipient............: St. Paul United Church
   Address..............: Monee, IL
   Relationship to Debtor: None
   Date of Gift.........: monthly
   Description...........: continuing tithe
   Value................: $100/mo.

08. LIST ALL FIRE, THEFT OR GAMBLING LOSSES WITHIN 1 YEAR OF TODAY:                    [x] None

09. LIST ALL PAYMENTS TO CREDIT COUNSELORS OR BANKRUPTCY ATTORNEYS INCLUDING PETER
FRANCIS GERACI: (by you, or by others for you, within 1 year of today)
   Payee................: Law Offices of Peter Francis Geraci
   Address..............: 55 East Monroe Street
   Address2.........: Suite 3400
   Address3........: Chicago          IL 60603
   Date of Payment.: /
   Payor...............: Debtor
   Payment/Value......: 2,700.00
In addition to Peter Francis Geraci and his employees of his firm, I hired, at no additional fee, attorneys listed on   [x] None
my contract of representation to work on my case.

10. If you transferred any property of any kind, either absolutely or as security, within 1 year of today, give          [x] None
details: (Including but not limited to: vehicle trades, transfers or sales, loans against property, divorce transfers,
quit-claim deeds, trusts)

11.If you CLOSED or TRANSFERRED any checking savings, pension, stock, brokerage, mutual fund, credit               [x] None
union or other accounts within 1 year of today, list details:

12. LIST ANY SAFETY DEPOSIT BOXES OR OTHER DEPOSITORY PLACES the debtor has or had securities,               [x] None
cash, or other valuables within 1 year of today:

13. LIST ALL SETOFFS by any creditor, such as a bank or credit union, against a debt or deposit of yours within        [x] None
the past year.

14. LIST ALL PROPERTY THAT YOU HOLD FOR ANOTHER PERSON: (Including but not limited to: minor's accounts, vehicle in your name that is really someone else's, accounts or property or items you are on title to or in possession of)                                                                                [x] None

15. WHERE HAVE YOU LIVED IN LAST 2 YEARS:                                                          [x] None

16. COMMUNITY PROPERTY STATES WISCONSIN & OTHERS: If you live or did live in a community property state or territory (Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) in last 6 years, name your spouse & ex-spouse & the community property state.                                                                                                        [x] None

17. ENVIRONMENTAL INFORMATION: "Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil surface water, ground water, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of the these substances, wastes, or material.
"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites."Hazardous material" means anything defined as a hazardous waste, hazardous or toxic substances, pollutant, or contaminant, etc. under environmental Law.                                                                                          [x] None

a. If you have received notice of violation of any ENVIRONMENTAL LAW VIOLATION, list name & address of every site & the govemmental unit, date of the notice, & Environmental law:                          [x] None

b. If you provided notice of release of Hazardous Material, list name and address of every site and govemmental unit.                                                                                         [x] None

c.If you were party to any Environmental Law judicial or administrative proceedings, orders or settlements, give the name & address of govemmental unit that is or was a party to the proceedings,& docket number.      [x] None

18. a.List names, addresses,taxpayer ID #, nature of business,begin & end dates all businesses, sole-proprietors, partnerships, corporations in which you had any interest, office, 5% of more voting or equity interest within 6 years of today.  List same if debtor is partnership or corporation.                          [x] None
Name  Taxpayer ID#  ADDRESS NATURE  DATES
b. Identify any business listed above that is a "single asset real estate" as defined in 11 U.S.C. 101.

b.  Identify any business listed in subdivision a.that is "single asset real estate" as defined in 11 U.S.C. 101.    [x] None

19.  List all bookkeepers and accountants in the last 2 years who kept, or supervised the keeping of, your books of account and records.                                                                                  [x] None

                                                                                                        [x] None
b. List all firms or individuals who have audited the books of account and records, or prepared a financial statement of yours in the last 2 years.

c. List all firms or individuals who are now in possession of your books of account and records of the debtor. If any books or records are not available, explain.                                                                                                     [x] None

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the last 2 years.                                                [x] None

20. INVENTORIES                                                                                          [x] None
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.                                                                                        [x] None

21A. Only if you are a partnership, list nature and percentage of interest of each member of it.                    [x] None

b. Only if debtor is a corporation, list officers & directors; each stockholder who directly or indirectly owns,    [x] None
controls, or holds 5% or more of the voting or equity securities of the corporation.

22. ONLY IF debtor is a partnership, list each member who withdrew from the partnership within 1 year.            [x] None

b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated  [x] None
within 1 year immediately preceding the commencement of this case.

23. ONLY IF DEBTOR IS A PARTNERSHIP OR CORPORATION, list withdrawals or distributions or payments,                [x] None
bonuses, loans etc. to insiders, including compensation in any form, in past year.

24. ONLY IF YOU ARE A CORPORATION, list information of parent corporation and taxpayer ID number in last           [x] None
6 years.

25. ONLY IF debtor is not an individual, list name & federal taxpayer ID number of any pension fund to which        [x] None
debtor, as an employer, was responsible for contributing in last 6 years.

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR
I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and
any attachments thereto and that they are true and correct.

**Sign: X** _Jarod Allen Madsen_

Dated: 12 / 29 /2004    Jarod Allen Madsen

**Sign: X** _Dawn Marie Madsen_

Dated: 12 / 29 /2004    Dawn Marie Madsen

## SIGN AND DATE ABOVE AFTER READING IT

Penalty for making a false statement or concealing property.  Fine of up to $500,000 or imprisonment for up to 5
years or both.  18 U.S.C. SS 152 and 3571.

Bank One
Bankruptcy Department
PO Box 15153
Wilmington, DE 19886

Bank One
Bankruptcy Department
PO Box 11606
Lexington, KY 40576

Capital One
Bankruptcy Department
PO Box 60000
Seattle, WA 98190

Citibank
Bankruptcy Department
PO Box 6077
Sioux Falls, SD 57177

GMAC Mortgage Corp
Bankruptcy Department
3451 Hammond Ave.
Waterloo, IA 50702

GMAC Mortgage Corp
Bankruptcy Department
3451 Hammond Ave.
Waterloo, IA 50702

Household Finance
Bankruptcy Dept
PO Box 17574
Baltimore, MD 21297

Hyundai Motor Finance
Attn: Bankruptcy Department
PO Box 0542
Carol Stream, IL 60132

Midwest Neoped Associates LTD
Attn: Bankruptcy Dept.
PO Box 2686
Carol Stream, IL 60132

Providian
Bankruptcy Department
PO Box 66022
Dallas, TX 75266

Sears
Bankruptcy Department
PO Box 20363
Kansas City, MO 64195

St. James Hospital
Bankruptcy Department
1423 Chicago Rd.
Chicago Hts., IL 60411

Wellgroup Health Partners
Bankruptcy Department
333 Dixie Highway
Chicago Heights, IL 60411

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN  DIVISION

In Re:   **Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Dated: _____/2004        _____
                                    Jarod Allen  Madsen

Dated: _____/2004        _____
                                    Dawn Marie Madsen

## SIGN AND DATE ABOVE

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN  DIVISION

In Re  **Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

Case No. :_____

## LIST OF CREDITORS

| | Creditor | Claim and Security | Claim Amount |
|---|---|---|---|
| 1 | **Bank One**<br>Bankruptcy Department<br>PO Box 15153<br>Wilmington DE 19886-5153 | Credit Card or Credit Use<br><br>4366113070434922 | $   3,389 |
| 2 | **Bank One**<br>Bankruptcy Department<br>PO Box 11606<br>Lexington KY 40576-1606 | Credit Card or Credit Use | $   2,607 |
| 3 | **Capital One**  ,<br>Bankruptcy Department<br>PO Box 60000<br>Seattle WA 98190 | Credit Card or Credit Use<br><br>4121741670520621 | $      442 |
| 4 | **Citibank**<br>Bankruptcy Department<br>PO Box 6077<br>Sioux Falls SD 57177 | Credit Card or Credit Use<br><br>4621200680161236 | $   1,627 |
| 5 | **GMAC Mortgage Corp**<br>Bankruptcy Department<br>3451 Hammond Ave.<br>Waterloo IA 50702-5345 | 2000 Mortgage<br>0519666903<br>3524 Halsted Blvd Steger, IL 60475<br>(Debtor's Residence) | $ 101,000 |
| 6 | **GMAC Mortgage Corp**<br>Bankruptcy Department<br>3451 Hammond Ave.<br>Waterloo IA 50702-5345 | 2004 Mortgage Arrears<br>0519666903<br>3524 Halsted Blvd Steger, IL 60475<br>(Debtor's Residence) | $   7,500 |
| 7 | **GMAC Mortgage Corp**<br>c/o Codilis & Associates, PC<br><br>15W030 N. Frontage Rd.<br>Burr Ridge IL 60527 | 2000 Mortgage<br>0519666903<br><br>3524 Halsted Blvd Steger, IL 60475<br>(Debtor's Residence) | |
| 8 | **Household Finance**<br>Bankruptcy Dept<br>PO Box 17574<br>Baltimore MD 21297 | Personal Loan | $   5,445 |

**UNITED STATES BANKRUPTCY COURT**

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN  DIVISION

In Re   **Jarod Allen  Madsen and Dawn Marie Madsen / Debtors**

Case No. : _____

### LIST OF CREDITORS

| Creditor | Claim and Security | Claim Amount |
|---|---|---|
| 9  **Hyundai Motor Finance**<br>Attn: Bankruptcy Department<br>PO Box 0542<br>Carol Stream IL 60132-0542 | 2001 Lien on Vehicle<br>00025197420001<br>Hyundai - 2001 Chevrolet Monte Carlo<br>SS w. more than 50k miles. | $  14,130 |
| 10  **Midwest Neoped Associates LTD**<br>Attn: Bankruptcy Dept.<br>PO Box 2686<br>Carol Stream IL 60132-2686 | Medical/Dental Services | $   22 |
| 11  **Providian**<br>Bankruptcy Department<br>PO Box 66022<br>Dallas TX 75266-0022 | Credit Card or Credit Use<br><br>4559522200473940 | $  1,627 |
| 12  **Sears**<br>Bankruptcy Department<br>PO Box 20363<br>Kansas City MO 64195-0363 | Credit Card or Credit Use<br><br>01-71395-880130 | $  4,039 |
| 13  **St. James Hospital**<br>Bankruptcy Department<br>1423 Chicago Rd.<br>Chicago Hts. IL 60411 | Medical/Dental Services | $   719 |
| 14  **Wellgroup Health Partners**<br>Bankruptcy Department<br>333 Dixie Highway<br>Chicago Heights IL 60411 | Medical/Dental Services | $  1,335 |