UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 05 B 00199
   JAROD ALLEN MADSEN
   DAWN MARIE MADSEN                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-8767     SSN XXX-XX-6845
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/04/05 and confirmed on 02/28/05.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  85274.74 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE CORP | CURRENT MORTG | 37929.60 | .00 | 37929.60 |
| GMAC MORTGAGE CORP | MORTGAGE ARRE | 8936.64 | .00 | 8936.64 |
| HYUNDAI MOTOR FINANCE CO | SECURED VEHIC | 14130.00 | 1060.87 | 14130.00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3137.55 | .00 | 3137.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2570.49 | .00 | 2570.49 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1246.53 | .00 | 1246.53 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST NEOPED | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1660.75 | .00 | 1660.75 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3839.13 | .00 | 3839.13 |
| ACCOUNTS RECOVERY BUREAU | UNSECURED | 922.06 | .00 | 922.06 |
| WELLGROUP HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| HYUNDAI MOTOR FINANCE CO | UNSECURED | 47.01 | .00 | 47.01 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2046.42 | .00 | 2046.42 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 60996.24 | .00 | 15469.94 | .00 | 76466.18 |
| PRINCIPAL PAID | 60996.24 | .00 | 15469.94 | .00 | 76466.18 |
| INTEREST PAID | 1060.87 | .00 | .00 | .00 | 1060.87 |
| TOTAL PAID | 62057.11 | .00 | 15469.94 | .00 | 77527.05 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $   3332.79 .

Refunds to the Debtor totaled $   1714.90 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/17/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```